RODERICK D. GRANT, appellant,

*v.*

STEENLAND CONSTRUCTION COMPANY et al., respondents.

[Decided January 31st, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *99 N. J. Eq. 82.*

*Mr. Andrew J. Whinnery,* for the appellant.

*Messrs. Morrison, Lloyd & Morrison,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, McGLENNON, KAYS, HETFIELD, JJ. 11.

*For reversal*—None.